1  MCGREGOR W. SCOTT
   United States Attorney
2  BRIAN ENOS (CSBN #201316)
   Assistant U.S. Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   MATTHEW J. MCKEOWN
6  Acting Assistant Attorney General
   BRUCE D. BERNARD
7  Trial Attorney
   General Litigation Section
8  Environment and Natural Resources Division
   U.S. Department of Justice
9  1961 Stout Street, 8th Floor
   Denver, Colorado 80294
10 Telephone: (303) 844-1361
   Facsimile:  (303) 844-1350
11 e-mail: bruce.bernard@usdoj.gov

12                **IN THE UNITED STATES DISTRICT COURT**

13            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  COUNTY OF INYO | No. 1:06-CV-01502-AWI-DLB |
| 15                    Plaintiff, | |
| 16 | ORDER GRANTING STIPULATED MOTION TO CONTINUE MOTION HEARING AND SET BRIEFING SCHEDULE |
| 17        v. | |
| 18 | |
| 19  DEPARTMENT OF THE INTERIOR, DIRK KEMPTHORNE, in his capacity as | |
| 20  Secretary of the United States Department of the Interior, | |
| 21  NATIONAL PARK SERVICE, MARY A. BOMAR, in her capacity as | |
| 22  Director, National Park Service, JAMES T. REYNOLDS, in his capacity as | |
| 23  Superintendent, Death Valley National Park, | |
| 24                    Defendants. | |

25

26      The Court having received the Stipulated Motion to Continue Motion Hearing and Set

27 Briefing Schedule, and good cause appearing, orders:

28

06CV1502 [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE MOTION HEARING

1.    The Motion Hearing is rescheduled for April 30, 2007, 1:30 p.m.

2.    Opposition briefs to the Proposed Defendant Intervenors' motion shall be filed  no later than March 21, 2007.

3.    Proposed Intervenors shall file their reply no later than April 20, 2007.

4.    Further, the parties agree that no requests for discovery shall be made until the Court rules on this motion.

IT IS SO ORDERED.

**Dated:    February 21, 2007**                    _____/s/ Anthony W. Ishii_____
0m8i78                                                              UNITED STATES DISTRICT JUDGE