IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COUNTY OF INYO,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF THE INTERIOR, DIRK KEMPTHORNE, in his capacity as Secretary, NATIONAL PARK SERVICE, MARY A. BOMAR, in her capacity as Director, and JAMES T. REYNOLDS, in his capacity as Superintendent, Death Valley National Park,** ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **Defendants.** ) <br> _____ ) | CV F 06-1502 AWI DLB <br><br> ORDER RESCHEDULING HEARING OF APRIL 30, 2007, ON MOTION TO INTERVENE |

Proposed defendant-intervenors Sierra Club, et al., have noticed for hearing a motion to intervene in the above captioned action. The hearing on the motion to intervene was scheduled to be held on Monday, April 30, 2007. Due to the amount of material presented for review, and the need of the court to manage its crowded calendar, the court finds the hearing on the motion to intervene must be continued.

THEREFORE, it is hereby ORDERED that the currently scheduled hearing date of April 30, 2007, is VACATED and no party shall appear at that time. Hearing on the motion to intervene is hereby RESCHEDULED to be held on June 4, 2007, at 1:30 p.m. in courtroom 2.

IT IS SO ORDERED.

**Dated:   April 25, 2007**              /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE