**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **COUNTY OF INYO,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF THE INTERIOR, DIRK KEMPTHORNE, in his capacity as Secretary, NATIONAL PARK SERVICE, MARY A. BOMAR, in her capacity as Director, and JAMES T. REYNOLDS, in his capacity as Superintendent, Death Valley National Park,** ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **Defendants.** ) <br> _____ ) | CV F 06-1502 AWI DLB <br><br> ORDER VACATING JUNE 4 HEARING DATE AND RESCHEDULING HEARING ON MOTION TO INTERVENE TO JUNE 18, 2007 |

The hearing on the motion by Sierra Club, et al. to intervene in this action is currently scheduled for June 4, 2007. The parties have stipulated to the continuance of that hearing date to June 18, 2007. The Court, having reviewed the Stipulated Motion to Continue Hearing on Motion to Intervene Until June 18, 2007, and good cause appearing therefore, hereby ORDERS that the currently scheduled hearing date of June 4, 2007 is VACATED and no party shall appear at that time. Hearing on the motion to intervene is rescheduled for June 18, 2007, 1:30 p.m. in courtroom 2.

IT IS SO ORDERED.

**Dated:   May 8, 2007**                             **/s/ Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE