IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF INYO,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF THE INTERIOR, DIRK KEMPTHORNE, in his capacity as Secretary, NATIONAL PARK SERVICE, MARY A. BOMAR, in her capacity as Director, and JAMES T. REYNOLDS, in his capacity as Superintendent, Death Valley National Park,<br><br>    Defendants. | CV F 06-1502 AWI DLB<br><br>ORDER VACATING HEARING DATE OF JUNE 18, 2007, AND TAKING MATTER UNDER SUBMISSION |

Proposed defendant-intervenors Sierra Club, et al., have noticed for hearing a motion to intervene in the above captioned action. The hearing on the motion to intervene was originally scheduled to be held on Monday, April 30, 2007. The hearing date was continued twice, and is currently set for June 18, 2007, at 1:30 p.m. All briefing on the motion to intervene was complete as of April 19, 2007. The court has reviewed the proposed intervenors' motion, Plaintiff's and Defendants' opposition, and proposed intervenors' reply, and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 18, 2007, is VACATED and no party shall appear at that time. The court takes the matter under submission as of the date of filing of this order. The court's decision shall issue forthwith.

1 | IT IS SO ORDERED.

2 | **Dated:**  **June 13, 2007**                              **/s/ Anthony W. Ishii**
                                                               UNITED STATES DISTRICT JUDGE

2