IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| COUNTY OF INYO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, *et al.*<br><br>    Defendants, and<br><br>SIERRA CLUB, *et al.*<br><br>    Proposed Defendant-Intervenors. | Case No: 1:06-cv-1502 AWI-DLB<br><br>**ORDER**<br><br>**GRANTING PARTIES' JOINT STIPULATION TO PARTIALLY MODIFY SCHEDULING ORDER OF NOVEMBER 2, 2007**<br><br>The Honorable Dennis L. Beck<br>United States Magistrate Judge |

The PARTIES' JOINT STIPULATION TO PARTIALLY MODIFY SCHEDULING ORDER OF NOVEMBER 2, 2007, filed with this Court on February 8, 2008, is hereby GRANTED.

The Scheduling Order of November 2, 2007 is hereby modified as follows:

    Non-expert discovery cut-off:    <u>March 19, 2008</u>

    Jurisdictional motions to dismiss:    <u>April 4, 2008</u>

    Responses to motions to dismiss:    <u>April 18, 2008</u>

    Replies to motions to dismiss:    <u>May 2, 2008</u>

    Hearing on jurisdictional motions:    <u>May 12, 2008</u>

No other deadlines in, or provisions of, the Scheduling Order of November 2, 2007 are modified.

IT IS SO ORDERED.

    Dated:   <u>**February 25, 2008**</u>          <u> /s/ **Dennis L. Beck** </u>
                                                                    UNITED STATES MAGISTRATE JUDGE