# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF INYO, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, DIRK KEMPTHORNE, in his capacity as Secretary of the United States Department of the Interior, NATIONAL PARK SERVICE, MARY A. BOMAR, in her capacity as Director, National Park Service, JAMES T. REYNOLDS, in his capacity as Superintendent, Death Valley National Park, <br><br> Defendants, and <br><br> SIERRA CLUB, *et al.*, <br><br> Defendant-Intervenors. | No. 1:06-CV-01502-AWI-DLB <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULE <br><br> The Honorable Dennis L. Beck <br> United States Magistrate Judge |

The parties' JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULE, filed with this Court on March 24, 2008, is hereby GRANTED.

The Scheduling Orders of November 2, 2007 and February 25, 2008 are hereby modified as follows:

| Pretrial activity | Previous deadline | New deadline |
|---|---|---|
| Non-expert discovery cut-off: | March 19, 2008 | April 9, 2008 |
| Jurisdictional motions to dismiss: | April 4, 2008 | May 2, 2008 |
| Responses to motions to dismiss: | April 18, 2008 | May 16, 2008 |
| Replies to motions to dismiss: | May 2, 2008 | May 30, 2008 |
| Hearing on jurisdictional motions: | May 12, 2008 | June 16, 2008 |
| Disclosure of expert witnesses: | March 27, 2008 | July 11, 2008 |
| Disclosure of supplemental experts: | May 29, 2008 | August 8, 2008 |
| Non-dispositive and discovery motions: | July 24, 2008 | August 22, 2008 |
| Non-dispositive motion hearing: | August 22, 2008 | September 19, 2008 |

1   All other deadlines set forth in the Scheduling Order of November 2, 2007 remain
2 unchanged.
3   IT IS SO ORDERED.
4   **Dated:   March 28, 2008**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE