IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| COUNTY OF INYO, | Case No: 1:06-cv-1502 AWI-DLB |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.* | **GRANTING PARTIES' JOINT STIPULATION TO PARTIALLY MODIFY PRETRIAL SCHEDULE** |
| Defendants, and | The Honorable Dennis L. Beck |
| SIERRA CLUB, *et al.* | United States Magistrate Judge |
| Proposed Defendant-Intervenors. | |

The PARTIES' JOINT STIPULATION TO PARTIALLY MODIFY PRETRIAL SCEHDULE, filed with this Court on April 27, 2008, is hereby GRANTED.

The Scheduling Order of November 2, 2007, as modified by the orders of February 25, 2008 and March 28, 2008, is hereby modified as follows:

| Pretrial Activity | Current Deadline | Proposed Deadline |
|---|---|---|
| Jurisdictional motions to dismiss: | May 2, 2008 | May 9, 2008 |
| Responses to motions to dismiss: | May 16, 2008 | May 23, 2008 |
| Replies to motions to dismiss: | May 30, 2008 | June 6, 2008 |
| Hearing on jurisdictional motions: | June 16, 2008 | June 23, 2008 |

All other deadline set in the Scheduling Order of November 2, 2007, as modified by the orders of February 25, 2008 and March 28, 2008, would remain unchanged.

IT IS SO ORDERED, this  28th  of  April , 2008

BY THE COURT


 /s/ Dennis L. Beck 
The Honorable Dennis L. Beck
United States Magistrate Judge