IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| COUNTY OF INYO,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, *et al.*<br><br>    Defendants, and<br><br>SIERRA CLUB, *et al.*<br><br>    Proposed Defendant-Intervenors. | Case No: 1:06-cv-1502 AWI-DLB<br><br>**ORDER**<br><br>**GRANTING PARTIES' JOINT STIPULATION TO PARTIALLY MODIFY PRETRIAL SCHEDULE**<br><br>The Honorable Dennis L. Beck<br>United States Magistrate Judge |

    The PARTIES' JOINT STIPULATION TO PARTIALLY MODIFY PRETRIAL SCEHDULE, filed with this Court on May 30, 2008, is hereby GRANTED.

    The Scheduling Order of November 2, 2007, as modified by the orders of February 25, 2008, March 28, 2008, and April 28, 2008, is hereby modified as follows:

| Pretrial Activity | Current Deadline | New Deadline |
|---|---|---|
| Replies to motions to dismiss: | June 6, 2008 | June 13, 2008 |

    All other deadline set in the Scheduling Order of November 2, 2007, as modified by the orders of February 25, 2008, March 28, 2008, and April 28, 2008 would remain unchanged.

    IT IS SO ORDERED, this 30th of May, 2008

                                                BY THE COURT

                                                /s/ *Dennis L. Beck*
                                                The Honorable Dennis L. Beck
                                                United States Magistrate Judge