**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **COUNTY OF INYO,** )<br>    )<br>        Plaintiff, )<br>    )<br>    v. )<br>    )<br>**DEPARTMENT OF THE INTERIOR,** )<br>**DIRK KEMPTHORNE, in his capacity** )<br>**as Secretary, NATIONAL PARK** )<br>**SERVICE, MARY A. BOMAR, in her** )<br>**capacity as Director, and JAMES T.** )<br>**REYNOLDS, in his capacity as** )<br>**Superintendent, Death Valley National** )<br>**Park,** )<br>    )<br>        **Defendants.** )<br>_____) | **CV F 06-1502 AWI DLB**<br><br>**ORDER VACATING HEARING DATE OF JUNE 23, 2008, AND TAKING MATTER UNDER SUBMISSION** |

   In this action by plaintiff County of Inyo ("Plaintiff") to quiet title to rights of way that lie partly inside federal land, Defendants Department of the Interior, Dirk Kempthorne, Director; National Park Service, and Mary A. Bomar, Director; and James T. Reynolds, in his capacity as Superintendent of Death Valley National Park (collectively, the "Federal Defendants") and defendant-intervenors Sierra Club, et al.((Intervenors), have noticed for hearing a motion to Dismiss the action for lack of subject matter jurisdiction.  The hearing on the motion to dismiss was scheduled to be held on Monday, June 23, 2008.  The court has reviewed the Federal Defendants' and Intervenors' memoranda in support of the motion to dismiss, Plaintiff's opposition, and Federal Defendants' and Intervenors' replies, and has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 23,
2  2008, is VACATED and no party shall appear at that time.  The court will take the matter under
3  submission as of June 23, 2008 and will thereafter render its decision.

5  IT IS SO ORDERED.

6  **Dated:   June 19, 2008**               /s/ Anthony W. Ishii
                                      UNITED STATES CHIEF DISTRICT JUDGE