IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| COUNTY OF INYO<br><br>Plaintiff,<br>v.<br><br>DEPARTMENT OF THE INTERIOR, DIRK KEMPTHORNE, in his capacity as Secretary of the United States Department of the Interior, NATIONAL PARK SERVICE, MARY A. BOMAR, in her capacity as Director, National Park Service, JAMES T. REYNOLDS, in his capacity as Superintendent, Death Valley National Park,<br><br>Defendants, and<br><br>SIERRA CLUB, *et al.*,<br><br>Defendant-Intervenors. | No. 1:06-CV-01502-AWI-DLB<br><br>**ORDER**<br><br>**GRANTING JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULE**<br><br>The Honorable Dennis L. Beck<br>United States Magistrate Judge |

The parties' JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULE, filed with this Court on July 10, 2008, is hereby GRANTED and the Court ORDERS as follows:

1. Pending entry of the Court's order resolving the pending Motions to Dismiss filed by Federal Defendants and Defendant-Intervenors, pretrial deadlines set forth in the Court's original November 2, 2007 scheduling order [Docket No. 36], as modified in part on March 28, 2008 [Docket No. 40], are continued.

2. Upon entry of the Court's order resolving the Motions to Dismiss, if claims remain to be resolved, the parties shall confer and agree on a revised pretrial schedule and submit the proposed schedule for the Court's approval.

IT IS SO ORDERED.

Dated:  **July 11, 2008**                    **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE