**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **COUNTY OF INYO,** )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff, 　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>　　v. 　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>**DEPARTMENT OF THE INTERIOR,** )<br>**DIRK KEMPTHORNE, in his capacity** )<br>**as Secretary, NATIONAL PARK** )<br>**SERVICE, MARY A. BOMAR, in her** )<br>**capacity as Director, and JAMES T.** )<br>**REYNOLDS, in his capacity as** )<br>**Superintendent, Death Valley National** )<br>**Park,** 　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　Defendants. 　　　　　　　 )<br>_____ ) | CV F 06-1502 AWI DLB<br><br>ORDER VACATING<br>HEARING DATE OF<br>SEPTEMBER 22, 2008, AND<br>TAKING MATTERS UNDER<br>SUBMISSION |

　　　In this action to quiet title, plaintiff Inyo County has noticed for hearing a motion for reconsideration of the court's order of August 11, 2008, granting in part Defendants' motion to dismiss for lack of subject matter jurisdiction. The hearing on the motion for reconsideration was scheduled to be held on Monday, September 22, 2008. The court has reviewed Plaintiff's motion and Defendants' opposition, and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h). The court also notes the parties have jointly stipulated to a request for modification of the August 11 order to correct a factual error in the court's decision. The court will take both matters under submission and will issue a single order addressing both requests.

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September
2  22, 2008, is VACATED and no party shall appear at that time.  The court will take both matters
3  under submission as of September 22, 2008 and will thereafter render its decision.

IT IS SO ORDERED.

**Dated:   September 18, 2008**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE