**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF INYO<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants, and<br><br>SIERRA CLUB, *et al.*,<br><br>Defendant-Intervenors. | No. 1:06-CV-01502-AWI-DLB<br><br>ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE<br><br>Dennis L. Beck<br>U.S. Magistrate Judge<br><br>Anthony W. Ishii<br>U.S. District Court Judge |

The parties' JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE, filed with this Court on December 21, 2009, is hereby GRANTED.

The Minute Order of July 1, 2009 is hereby modified as follows:

   Inyo County will withdraw its motion for summary judgment filed on November 2, 2009 (Dkt. No. 75) within ten days of entry of order approving this stipulation.

   Parties will file statement of stipulated facts by May 10, 2010.

   Inyo County may refile motion for summary judgment by May 24, 2010.

   Responses to Inyo County's summary judgment motion due June 25, 2010.

   Reply memorandum due July 19, 2010.

   Hearing on Inyo County's summary judgment motion August 2, 2010.

IT IS SO ORDERED.

**Dated:   December 22, 2009**             /s/ Anthony W. Ishii
                                                              CHIEF UNITED STATES DISTRICT JUDGE