# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF INYO<br><br>Plaintiff,<br>v.<br>DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants, and<br>SIERRA CLUB, *et al.*,<br>Defendant-Intervenors. | No. 1:06-CV-01502-AWI-DLB<br><br>ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE<br><br>Dennis L. Beck<br>U.S. Magistrate Judge<br><br>Anthony W. Ishii<br>U.S. District Court Judge |

The parties' JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE, filed with this Court on May 5, 2010, is hereby GRANTED.

The Court's Order filed December 23, 2009 is hereby modified as follows:

    Parties will file statement of stipulated facts by June 21, 2010.

    Inyo County may refile motion for summary judgment by July 5, 2010.

    Responses to Inyo County's summary judgment motion due August 6, 2010.

    Reply memorandum due August 30, 2010.

    Hearing on Inyo County's summary judgment motion September 13, 2010.

IT IS SO ORDERED.

Dated:   May 7, 2010                         /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE