1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RALPH H. KELLER, County Counsel (205962)
COUNTY OF INYO
224 North Edwards Street, P.O. Box M
Independence, California 93526
(760) 878-0229 Voice
(760) 878-2241 Fax


Attorneys for PLAINTIFF COUNTY OF INYO


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| COUNTY OF INYO<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE INTERIOR, et al.<br><br>Defendants, and<br><br>SIERRA CLUB, et al.<br><br>Defendant-Intervenors. | Case No.: 1:06-cv-1502 AWI-DLB<br><br>ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE<br><br>Dennis L. Beck<br>United States Magistrate Judge<br><br>Anthony W. Ishii<br>United States District Court Judge |

The Court's Order filed May 7, 2010 is hereby modified as follows:

Parties will file statement of stipulated facts by August 20, 2010.

Inyo County may refile the motion for summary judgment by September 10, 2010.

Responses to Inyo County's summary judgment motion are due October 18, 2010.

Reply memorandum is due November 8, 2010.

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIY BRIEFING AND HEARING SCHEDULE          1

1        Hearing on Inyo County's summary judgment motion is set for November 22, 2010.

2

3                            ORDER

4

5

6  IT IS SO ORDERED.

7  Dated:   June 24, 2010

8                            CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIY BRIEFING AND HEARING SCHEDULE    2