# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF INYO<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants, and<br><br>SIERRA CLUB, *et al.*,<br><br>Defendant-Intervenors. | No. 1:06-CV-01502-AWI-DLB<br><br>ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE<br><br>Dennis L. Beck<br>U.S. Magistrate Judge<br><br>Anthony W. Ishii<br>U.S. District Court Judge |

The parties' JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE, filed with this Court on November 4, 2010, is hereby GRANTED.

The Court's Order filed June 24, 2010 is hereby modified as follows:

>   Inyo County's memorandum in opposition to Federal Defendants' cross-motion for summary judgment and reply memorandum to Defendant-intervenors Opposition to County's motion for summary judgment shall be filed and served not later than November 22, 2010.

>   Federal Defendants' and Defendant-Intervenors' reply memoranda shall be filed and served not later than December 13, 2010.

>   Hearing on Inyo County's summary judgment motion and Defendants' cross-motions is rescheduled to Monday, January 10, 2011, at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:  November 9, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE