# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF INYO<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　Defendants, and<br><br>SIERRA CLUB, *et al.*,<br><br>　　　　　Defendant-Intervenors. | No. 1:06-CV-01502-AWI-DLB<br><br>ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE<br><br>Dennis L. Beck<br>U.S. Magistrate Judge<br><br>Anthony W. Ishii<br>U.S. District Court Judge |

The parties' JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE, (Doc. No. 105) filed with this Court on December 13, 2010, is hereby GRANTED.

The Court's Order filed November 9, 2010 (Doc. No. 98) is hereby modified as follows:

　　　(1)　the December 13, 2010 deadline for the filing of Defendants' reply memoranda is vacated;

　　　(2)　the January 10, 2011 hearing on the pending cross-motions for summary judgment is vacated;

　　　(3)　the parties shall file a joint stipulation requesting the Court to set a new deadline for the filing of Defendants' reply memoranda, and a new hearing date on the pending cross-motions for summary judgment, after the parties are able to complete the depositions of Messrs. Pedersen and Huarte.

IT IS SO ORDERED.

Dated:　January 5, 2011

　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE