**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF INYO<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants, and<br><br>SIERRA CLUB, *et al.*,<br><br>Defendant-Intervenors. | No. 1:06-CV-01502-AWI-DLB<br><br>ORDER GRANTING JOINT STIPULATION SETTING BRIEFING AND HEARING SCHEDULE<br><br>Dennis L. Beck<br>U.S. Magistrate Judge<br><br>Anthony W. Ishii<br>U.S. District Court Judge |

The parties' JOINT STIPULATION TO SET BRIEFING AND HEARING SCHEDULE, filed with this Court on July 25, 2011, is hereby GRANTED.

Federal Defendants' and Defendant-Intervenors' reply memoranda are due September 30, 2011.

Hearing on Inyo County's summary judgment motion and Defendants' cross-motions is scheduled for October 31, 2011.

IT IS SO ORDERED.

Dated: July 26, 2011

CHIEF UNITED STATES DISTRICT JUDGE