IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF INYO,       ) | 1:06-CV-1502 AWI DLB |
| ) | |
|         Plaintiff,       ) | ORDER REGARDING |
|    v.       ) | MOTIONS FOR SUMMARY |
| ) | JUDGMENT |
| DEPARTMENT OF THE INTERIOR,       ) | |
| et al.,       ) | (Documents #92 & #95) |
| ) | |
|         Defendants       ) | |
| ) | |
| SIERRA CLUB, et al.,       ) | |
| ) | |
|         Intervenors.       ) | |
| _____) | |

On September 9, 2010, Plaintiff filed a motion for summary judgment. This motion was originally set to be heard on November 22, 2010. On October 18, 2010, Defendants filed a motion for summary judgment, which was also set to be heard on November 22, 2010. Since October 18, 2010, the parties stipulated to continue the briefing schedule and hearing on these motions many times. Pursuant to the parties' numerous stipulations, the motions are currently set to be heard on October 31, 2011.

An administrative review of the docket in this action reveals that the pending motions for summary judgment have been administratively termed as outstanding motions. Pursuant to the Civil Justice Reform Act, this court is not to delay ruling on a pending motion for more than six months. Because the motions have been pending for close to a year, the court finds

that in the interests of efficient case management the pending motions will be denied without prejudice. The parties may re-notice the motion and ask the court to consider all briefs and evidence already filed and honor the current briefing schedule.

    Accordingly, the court ORDERS that the parties' motions for summary judgment are DENIED without prejudice.

IT IS SO ORDERED.

Dated:   September 9, 2011

CHIEF UNITED STATES DISTRICT JUDGE