# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COUNTY OF INYO**<br><br>　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**DEPARTMENT OF THE INTERIOR, et al.**<br><br>　　　　　**Defendants, and**<br><br>**SIERRA CLUB, et al.**<br><br>　　　　　**Defendant-Intervenors.** | Case No.: 1:06-cv-1502 AWI-DLB<br><br>**ORDER GRANTING STIPULATION RE-NOTICING MOTIONS AND REQUESTING COURT TO CONSIDER ALL BRIEFS AND EVIDENCE PREVIOUSLY FILED AND TO RESOLVE THE MOTIONS BASED ON STIPULATED BRIEFING AND HEARING SCHEDULE**<br><br>**Anthony W. Ishii**<br>**United States District Judge** |

　　The parties' STIPULATION RE-NOTICING MOTIONS AND REQUESTING COURT TO CONSIDER ALL BRIEFS AND EVIDENCE PREVIOUSLY FILED AND TO RESOLVE THE MOTIONS BASED ON STIPULATED BRIEFING AND HEARING SCHEDULE filed with the Court on September 28, 2011, is hereby GRANTED.

　　The Court hereby reinstates the previously filed and unresolved motions (Documents 92, 94 and 95). The Court will resolve those motions based on the briefs and evidence previously filed in this matter and based on the following schedule for completion of briefing and hearing on this matter:

　　　　Federal Defendants' and Defendant-Intervenors' reply memoranda are due October 6, 2011.

　　　　Hearing on Inyo County's summary judgment motion and Defendants' cross-motions is scheduled for November 14, 2011.

1

*ORDER GRANTING STIPULATION RE-NOTICING MOTIONSAND REQUESTING COURT TOCONSIDER  ALL BRIEFS AND EVIDENCE PREVIOUSLY FILED AND TO RESOLVE THE MOTIONS BASED ON STIPULATED BRIEFING AND HEARING SCHEDULE*

**ORDER**

IT IS SO ORDERED.

Dated:   September 29, 2011                    _____
                                               CHIEF UNITED STATES DISTRICT JUDGE

*ORDER GRANTING STIPULATION RE-NOTICING MOTIONS AND REQUESTING COURT TO CONSIDER ALL BRIEFS AND EVIDENCE PREVIOUSLY FILED AND TO RESOLVE THE MOTIONS BASED ON STIPULATED BRIEFING AND HEARING SCHEDULE*