# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COUNTY OF INYO,** | CV F 06-1502 AWI DLB |
| Plaintiff, | ORDER CONTINUING HEARING DATE ON |
| v. | PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT |
| **DEPARTMENT OF THE INTERIOR, DIRK KEMPTHORNE, in his capacity as Secretary, NATIONAL PARK SERVICE, MARY A. BOMAR, in her capacity as Director, and JAMES T. REYNOLDS, in his capacity as Superintendent, Death Valley National Park,** | |
| Defendants. | |

In this action by plaintiff County of Inyo ("Plaintiff") to quiet title, the court is currently in the process of consideration of cross-motions for summary judgment by both parties. The hearing on the cross-motions for summary judgment was scheduled to be held on Monday, November 14, 2011. The court has preliminarily reviewed the relevant documents and has determined that additional time will be required for the court to re-familiarize itself with the pertinent facts and legal contentions. The court has further determined that hearing on the parties' cross-motions will be more productive if the court is able to conduct an in depth review of all materials prior to any hearing. Due to the press of business currently before the court, it is not possible at this time to select a date certain for hearing on the cross-motions. The court will therefore vacate the current hearing date and will continue the proceedings until such time as the

court has completed its review. The court estimates that the hearing on the parties' cross motions for summary judgment will be reset in approximately thirty (30) days from the date of this order.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 14, 2011, is VACATED and no party shall appear at that time. The court will hereafter reset a time for hearing on the parties cross-motions at a time to be agreed upon by all parties.

IT IS SO ORDERED.

Dated:    November 9, 2011

CHIEF UNITED STATES DISTRICT JUDGE